DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL MILA DE LA ROCA, JORGE ROMERO,** and
**MARISELA TORRES MARQUEZ**,
Appellants,

v.

**BEST GLOBAL PARTNERS, LLC,**
Appellee.

No. 4D22-2154

[March 2, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 2021-10072.

Omar Ortega and Rosdaisy Rodriguez of Dorta & Ortega, P.A., Coral Gables, for appellants.

Leon Hirzel of Hirzel Dreyfuss & Dempsey, PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***